JUSTIN C. VANCE (SBN 11306)
SAMANTHA J. RICE (SBN 14258)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada  89521
(775)322-1170
(775)322-1865
Attorneys for Defendant
*Business and Professional
Collection Service, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH SMITH,<br><br>            Plaintiff,<br><br>       vs.<br><br>BUSINESS and PROFESSIONAL COLLECTION SERVICE, INC. d/b/a HOSPITAL COLLECTION SERVICES,<br><br>            Defendant. | Case No:  2:17-cv-00795-JAD-GWF |

## STIPULATION AND ORDER TO CHANGE VENUE

Pursuant to LR IA 1-6, LR IA 1-7 and LR IA 1-8(a), (c), Plaintiff Sarah Smith ("Plaintiff") and Defendant Business and Professional Collection Service, Inc. ("Defendant") (hereinafter the "Parties"), stipulate to transfer this case to the Unofficial Northern Division of the United States District Court, District of Nevada.  The Parties agree that transfer is proper because both Plaintiff and Defendant are located in Washoe County, Nevada and the events giving rise to the allegations in the Complaint took place in Washoe County, Nevada. Accordingly, the Parties request that this case be transferred to the Unofficial Northern Division.

THEREFORE, it is hereby stipulated as follows:

/ / /

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada  89521

1

(1) This case shall be transferred to the Unofficial Northern Division of the United States District Court, District of Nevada; and

(2) Defendant shall have 14 days from entry of this Order to respond to the Complaint.

DATED this 30th day of March, 2017.

**LAW OFFICES OF ROBERT M. TZALL**

By: /s/ Robert M. Tzall
ROBERT M. TZALL, ESQ. (SBN 13412)
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

DATED this 30th day of March, 2017.

**LAXALT & NOMURA, LTD.**

By: /s/ Justin C. Vance
JUSTIN C. VANCE (SBN 11306)
SAMANTHA J. RICE (SBN 14258)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada  89521
T:  (775) 322-1170
F:  (775) 322-1865
Attorneys for Defendant
*Business and Professional Collection Service, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __March 30, 2017_____

2